Linda Penkul
38 New Bridge Rd.
Lebanon, ME 04027





U.S. POSTAGE
PAID
MILTON, NH
03851
APR 09, 14
AMOUNT
$5.80
00083881-03

USMS ME

US District Court
156 Federal St.
Portland ME
04101

Attn: civil Dept.



Label 107R, July 2013



USPS TRACKING #
9114 9011 8986 6104 6959 45