## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **ROSALINE PENKUL,** )  )  **Plaintiff,** )  ) v. ) **CAROLYN W. COLVIN,** Acting Social - ) **Security Commissioner,** )  ) **Defendant.** ) | No.  **2:14-cv-156-GZS** |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 57) filed December 30, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 55) is **GRANTED**.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of February, 2016.